IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RASHAAN GOLDEN | § | |
| VS. | § | CIVIL ACTION NO. 1:12cv259 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Rashaan Golden, an inmate confined at the Stiles Unit of the Texas Department of Criminal Justice, Institutional Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner states he was previously convicted of a criminal offense in the 241st District Court of Smith County, Texas. He was sentenced to 60 years imprisonment.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated.

Petitioner was convicted in Smith County, Texas. Pursuant to 28 U.S.C. § 124, Smith County is in the Eastern District of Texas. However, Smith County is located in the Tyler Division, rather than the Beaumont Division of this court.

As all records and witnesses involving this action may be located in the Tyler Division of this court, the court is of the opinion that the transfer of this action to such division would further justice.

Accordingly, this case should be transferred to the

Tyler Division of this court. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this  4  day of      June      , 2012.

                                                    _____
                                                    KEITH F. GIBLIN
                                                    UNITED STATES MAGISTRATE JUDGE